FILED

2011 NOV 14 PM 4:45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Darnell Dukes,

PRISONER/PLAINTIFF,

v.

B.M. Cash, P. Finander, J. Fitter, R. Medrano, C. Chin, P. Galbraith, W. Olukanmi,

DEFENDANT(S).

CASE NUMBER

**CV11 09460** MAN

DECLARATION IN SUPPORT OF
REQUEST TO PROCEED WITHOUT
PREPAYMENT OF FILING FEES

I, Darnell Dukes _____, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☒No

    a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:

    _____

    _____

    b. State the place of your incarceration K.V.S.P. P.O. Box 5104, Delano, CA 93216 _____
    Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
    a. Business, profession or form of self-employment?   ☐Yes ☒No
    b. Rent payments, interest or dividends?              ☐Yes ☒No
    c. Pensions, annuities or life insurance payments?    ☐Yes ☒No
    d. Gifts or inheritances?                             ☐Yes ☒No
    e. Any other income (other than listed above)?        ☐Yes ☒No
    f. Loans?                                             ☐Yes ☒No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If the answer is yes, describe the property and state it approximate value: _____

   _____

5. In what year did you last file an Income Tax Return? ____—_____

   Approximately how much income did your last tax return reflect? ____—_____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   _____None_____

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

_____California_____              _____Delano_____
State                                County (or City)

I, __Darnell Dukes__, declare under penalty of perjury that the foregoing is true and correct.

_____8-1-11_____                   _____Darnoll Dukes_____
Date                                 Prisoner/Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_Darnell Dukes E56356_
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ 0 on account at the KVSP _____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ 0 . I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 0 .

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

8-29-11
Date

_Mike Frayjtwd_
Authorized Officer of Institution (Signature)

Date\Time: 8/29/2011 10:14:37 AM  
Institution: KVSP

CDCR  
Verified: _____

## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| E56356 | DUKES, DARNELL | KVSP | FDB600000000 | 00215L |

**Current Available Balance:**   $0.00

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| \*\*No information was found for the given criteria.\*\* | | | | | | |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| \*\*No information was found for the given criteria.\*\* | | |

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| COPY CHARGES | COPY | $0.20 | $0.00 | $0.20 |
| COPY CHARGES | COPY | $0.10 | $0.00 | $0.10 |
| COPY CHARGES | COPY 03/03/2009 | $0.10 | $0.00 | $0.10 |
| COPY CHARGES | COPY 4/22/09 | $0.30 | $0.00 | $0.30 |
| PLRA | FFF | $350.00 | $0.00 | $342.00 |
| COPY CHARGES | CDC 119 07/14/09 | $0.10 | $0.00 | $0.10 |
| PLRA | FFF | $350.00 | $0.00 | $350.00 |
| COPY CHARGES | | $0.10 | $0.00 | $0.10 |
| REGULAR MAIL | | $1.05 | $0.00 | $1.05 |
| REGULAR MAIL | | $2.91 | $0.00 | $2.91 |
| COPY CHARGES | | $0.10 | $0.00 | $0.10 |
| COPY CHARGES | | $0.30 | $0.00 | $0.30 |
| COPY CHARGES | | $0.30 | $0.00 | $0.30 |
| REGULAR MAIL | | $1.90 | $0.00 | $1.90 |
| REGULAR MAIL | | $2.07 | $0.00 | $2.07 |
| MEDICAL COPAY | 1307664MD/72611 | $5.00 | $0.00 | $5.00 |

### Restitution List

| Restitution | Court Case# | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|
| RESTITUTION FINE | CR34843 | $1,000.00 | $0.00 | $0.00 | $977.50 |
| RESTITUTION FINE | CR52208 | $10,000.00 | $0.00 | $0.00 | $8,985.24 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.  
ATTEST: 8-29-11  
Mike Franetovich  
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION  
BY _____  
TRUST OFFICE

2